IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STACCATO O. RICKS,**

      **Plaintiff,**

  vs.                                        CIV. NO. 1:21-cv-00942-JHR

**KILOLO KIJAKAZI,**
**Acting Commissioner of**
**Social Security,**

      **Defendant.**

## ORDER

Upon consideration of Defendant's Stipulated Motion for Award of Attorney Fees Under the Equal Access to Justice Act (EAJA) (ECF No. 29), the Court hereby awards Plaintiff $7,247.55 in attorney fees under the EAJA, 28 U.S.C. § 2412. The EAJA fees will be paid to Plaintiff but delivered to Plaintiff's attorney. *See Astrue v. Ratliff*, 560 U.S. 586, 595-98 (2010); *Manning v. Astrue*, 510 F.3d 1246, 1255 (10th Cir. 2007), cert. denied, 129 S. Ct. 486 (2008); *Brown v. Astrue*, 271 F. App'x 741, 743-44 (10th Cir. 2008) (unpublished). It is further ordered that, if Plaintiff's counsel ultimately receives an award of attorney fees pursuant to 42 U.S.C. § 406(b), said attorney must refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

IT IS SO ORDERED.

_____
JERRY H. RITTER
United States Magistrate Judge
Presiding by Consent

SUBMITTED AND APPROVED BY:

*Electronically submitted 6/26/23*
JENNIFER RANDALL
Special Assistant United States Attorney

*Electronically approved 6/26/23*
MATTHEW R. MCGARRY
Attorney for Plaintiff